**BILL OF LADING**

 oldendorff

**FIRST ORIGINAL**

B/L No.
OFCWMUMPHI515808

Shipper/Exporter (2):
UTTAM GALVA STEELS LIMITED
UTTAM HOUSE, 69, P.D'MELLO ROAD,
MUMBAI 400 009, INDIA

Document No (5):

Export References (6):
Carrier:
Nordic Elenia Ltd.
Monrovia, Liberia

Consignee (Not negotiable unless consigned to Order) (3):
TO THE ORDER OF 'UTTAM GALVA NORTH AMERICA
INC. 1500 BROADWAY, SUITE 1603 NEW YORK NY
10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

Forwarding Agent - References (7):

Point and Country of Origin (8):

Notify Party (Without liability to Carrier) (4):
UTTAM GALVA NORTH AMERICA INC.
1500 BROADWAY, SUITE 1603 NEW YORK
NY 10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572E-MAIL:TAVNEET@UGNA.COM

Domestic Routing/Export Instructions (9):

Pre-Carriage by (10)*:

Place of receipt by pre-carrier (11)*:

Onward Inland Routing (for information only) (16):

Vessel (13):
M2 ELENIA Voy.1605158

Port of loading (13)*:
MUMBAI PORT, INDIA

Port of discharge (14)*:
PHILADELPHIA, USA

Final destination - For information only - No liability to rest with Carrier - Cl. 5 D (15)*:
PHILADELPHIA, USA

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SHIPPING MARKS:<br>UGNA/<br>PHILADELPHIA<br>PO NO.1021087<br><br>3/BILL NO DATED<br>2653859 07/12/16<br>2761846 12/12/16 | TOTAL NO.<br>OF COILS:36<br>(THIRTY<br>SIX COILS<br>ONLY) | SAID TO BE<br>PRIME HOT DIPPED GALVANIZED STEEL<br>COILS<br><br>DISCHARGING CONDITIONS:FREE OUT,CQD<br>THE NAME,ADDRESS,TELEPHONE AND FAX NUMBERS OF THE ISSUER: LINER IN/FREE OUT<br>WILHELMSEN MARITIME SERVICES PVT LTD.,6TH FL.,MISTRY BHAVAN,<br>DINSHA VACHHA ROAD,CHURCHGATE,MUMBAI-400 020,TEL:+91 22 66275500,<br>FAX:+91 22 66275580<br>ACURATE NAME,ADDRESS AND TELEPHONE NUMBER OF THE CARRYING VESSEL'S<br>AGENT AT THE PORT OF DESTINATION:T.Parker Host,Inc,4747 South Broad St.<br>Building 101,Suite 231,Philadelphia,PA19112,Office:267-886-9916<br>Mobile:302-588-9485 www.tparkerhost.com rmups@tparkerhost.com | SAID TO WEIGH<br>TOTAL NET WEIGHT(MT)<br>127.045 MT<br>TOTAL GROSS WEIGHT(MT)<br>129.125 MT | |

CONTAINERS MAY BE ON DECK (SEE CLAUSE 14)

(OF WHICH ... ON DECK, AT MERCHANTS RISK; THE CARRIER NOT BEING RESPONSIBLE FOR LOSS OR DAMAGE HOWEVER ARISING - SEE CLAUSE 7)

* FOR THROUGH TRANSPORT SEE CLAUSE 5

Goods received for Shipment by the Carrier in apparent good order and condition (unless otherwise noted herein) for carriage subject to all the terms of this Bill of Lading and Carrier's Tariff to the Port of Discharge or so near thereunto as the Ship may safely get and be always afloat and there to be delivered unto Consignees or their Assigns. No weight or applicable charges to be paid by Consignees or their Assigns - unless prepaid.

In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its conditions on carriage on both pages whether written, printed, stamped or otherwise incorporated, none of which shall be deemed to have been waived by the Carrier unless by express waiver in writing duly authorized by the Carrier.

FREIGHT RATING AND CHARGES (SEE CLAUSES 9 AND 12)

FREIGHT PREPAID

Declared Valuation Charges (See Clause 12):

SHIPPED ON BOARD
19 DEC 2016

ISSUED AT
MUMBAI

For WILHELMSEN MARITIME SERVICES PVT. LTD.
AS AGENT, SIGNED FOR AND ON BEHALF OF MASTER
AS AGENT FOR THE MASTER

MASTER NAME:Capt.Georgiev Stoycho Ganchev

NUMBER OF ORIGINAL B/L
THREE (3)

DATE
19 DEC 2016

# BILL OF LADING

 **oldendorff**

## FIRST ORIGINAL

B/L No. OECWMUMPHI515809

**Shipper/Exporter (2):**
UTTAM GALVA STEELS LIMITED
UTTAM HOUSE,69,P.D'MELLO ROAD,
MUMBAI 400 009, INDIA

**Document No. (5):**

**Export References (6):**
Carrier:
Nordic Elenia Ltd.
Monrovia, Liberia

**Consignee (Not negotiable unless consigned to Order) (3):**
TO THE ORDER OF 'UTTAM GALVA NORTH AMERICA
INC. 1500 BROADWAY, SUITE 1603 NEW YORK NY
10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

**Forwarding Agent - References (7):**

**Point and Country of Origin (8):**



**Notify Party (Without liability to Carrier) (4):**
UTTAM GALVA NORTH AMERICA INC.
1500 BROADWAY, SUITE 1603 NEW YORK
NY 10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

**Domestic Routing/Export Instructions (9):**

**Pre-carriage by (10):**

**Place of receipt by pre-carrier (11):**

**Onward Inland Routing (for information only) (16):**

**Vessel (1):**
AS ELENIA Voy.1605158

**Port of loading (13):**
MUMBAI PORT, INDIA

**Port of discharge (14):**
PHILADELPHIA, USA

**Final destination - For information only - No liability to rest with Carrier - CL.5 D (15):**
PHILADELPHIA, USA

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SHIPPING MARKS: UGNA/ PHILADELPHIA PO NO:1021086  3/BILL NO DATED 2683530 07/12/16 2761884 12/12/16 | TOTAL NO. OF COILS:27 (TWENTY SEVEN COILS ONLY) | SAID TO BE PRIME HOT DIPPED GALVANIZED STEEL COILS  DISCHARGING CONDITIONS:FREE OUT,COD THE NAME,ADDRESS,TELEPHONE AND FAX NUMBERS OF THE ISSUER: WILHELMSEN MARITIME SERVICES PVT LTD., 6TH FL.,MISTRY BHAVAN, DINSHA VACHHA ROAD,CHURCHGATE, MUMBAI-400 020,TEL:+91 22 66375500, FAX:+91 22 66375560 ACURATE NAME,ADDRESS AND TELEPHONE NUMBER OF THE CARRYING VESSEL'S AGENT AT THE PORT OF DESTINATION:T.Parker Host,Inc,4747 South Broad St. Building 101,Suite 231,Philadelphia,PA19112.Office:267-886-9916 Mobile:302-588-9485 www.tparkerhost.com PAOps@tparkerhost.com | SAID TO WEIGH TOTAL NET WEIGHT (MT) 86.730 MT TOTAL GROSS WEIGHT (MT) 88.320 MT  LINER IN/FREE OUT | |

SHIPPER'S DECLARED VALUATION



FREIGHT PREPAID

SHIPPED ON BOARD
1 9 DEC 2016
MUMBAI

ISSUED AT **For WILHELMSEN MARITIME SERVICES PVT. LTD.**
MUMBAI **AS AGENT, SIGNED FOR AND ON BEHALF OF MASTER**
AS AGENT FOR THE MASTER

MASTER NAME:Capt.Georgiev Stoycho Ganchev
NUMBER OF ORIGINAL B/L
THREE (3)

DATE
**1 9 DEC 2016**

 **oldendorff**

**FIRST ORIGINAL**

**BILL OF LADING**

B/L No. OFCWMUMPHI515811

Shipper/Exporter:
UTTAM GALVA STEELS LIMITED
UTTAM HOUSE,69, P.D'MELLO ROAD,
MUMBAI 400 009, INDIA

Carrier:
Nordic Elenia Ltd.
Monrovia, Liberia

Consignee:
TO THE ORDER OF 'UTTAM GALVA NORTH AMERICA
INC. 1500 BROADWAY,SUITE 1603 NEW YORK NY
10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

Notify Party (Without liability to Carrier):
UTTAM GALVA NORTH AMERICA INC.
1500 BROADWAY,SUITE 1603  NEW YORK
NY 10036 USA  PHONE:+1.917.722.8177
FAX:+1.917.551.6572E-MAIL:TAVNEET@UGNA.COM

Vessel: AS ELENIA  Voy.1605158
Port of loading: MUMBAI PORT, INDIA
Port of discharge: PHILADELPHIA, USA
Final destination: PHILADELPHIA, USA

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SHIPPING MARKS: UGNA/ PHILADELPHIA S/BILL NO DATED 2527120 30.11.16 | TOTAL NO. OF COILS:111 (ONE HUNDRED ELEVEN COILS ONLY) | SAID TO BE PRIME HOT DIPPED GALVANIZED STEEL COILS DISCHARGING CONDITIONS:FREE OUT,CQD THE NAME,ADDRESS,TELEPHONE AND FAX NUMBERS OF THE ISSUER: LINER IN/FREE OUT WILHELMSEN MARITIME SERVICES PVT LTD.,6TH FL.,MISTRY BHAVAN, DINSHA VACHHA ROAD,CHURCHGATE,MUMBAI-400 020,TEL:+91 22 66375500, FAX:+91 22 66375580 ACURATE NAME,ADDRESS AND TELEPHONE NUMBER OF THE CARRYING VESSEL'S AGENT AT THE PORT OF DESTINATION:T.Parker Host,Inc,4747 South Broad St. Building 101,Suite 231,Philadelphia,PA19112,Office:267-886-9916 Mobile:302-588-9485 www.tparkerhost.com PAOps@tparkerhost.com | SAID TO WEIGH TOTAL NET WEIGHT (MT) 453.650 MT TOTAL GROSS WEIGHT (MT) 458.840 MT | |

FREIGHT PREPAID

SHIPPED ON BOARD
**1 9 DEC 2016**

For WILHELMSEN MARITIME SERVICES PVT LTD
MUMBAI AS AGENT, SIGNED FOR AND ON BEHALF OF MASTER
AS AGENT FOR THE MASTER

MASTER NAME:Capt.Georgiev Stoycho Ganchev
NUMBER OF ORIGINAL B/L: THREE (3)
DATE: **1 9 DEC 2016**

# BILL OF LADING

 oldendorff

**FIRST ORIGINAL**

B/L No. OFCWMUMPHI515820

**Shipper/Exporter (2):**
UTTAM GALVA STEELS LIMITED
UTTAM HOUSE, 69, P.D'MELLO ROAD,
MUMBAI 400 009, INDIA

**Document No.:**

**Export References (6):**
Carrier:
Nordic Elenia Ltd.
Monrovia, Liberia

**Consignee (Non-negotiable unless consigned to Order) (3):**
TO THE ORDER OF 'UTTAM GALVA NORTH AMERICA
INC. 1500 BROADWAY, SUITE 1603 NEW YORK NY
10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

**Forwarding Agent - References (7):**

**Point and Country of Origin (8):**

**Notify Party (Without liability to Carrier) (4):**
UTTAM GALVA NORTH AMERICA INC.
1500 BROADWAY, SUITE 1603 NEW YORK
NY 10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572E-MAIL:TAVNEET@UGNA.COM

**Domestic Routing/Export Instructions (9):**

**Pre-carriage by (10):**

**Place of receipt by pre-carrier (11):**

**Onward Inland Routing (for information only) (16):**

**Vessel (12):** AS ELENIA Voy.1605158

**Port of loading (13):** MUMBAI PORT, INDIA

**Port of discharge (14):** PHILADELPHIA, USA

**Final destination - For information only - No liability to rest with Carrier - Cl. 5 D (15):** PHILADELPHIA, USA

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SHIPPING MARKS: UGNA/ PHILADELPHIA S/BILL NO DATED 2720144 09/12/16 | TOTAL NO. OF COILS:20 (TWENTY COILS ONLY) | SAID TO BE PRIME HOT DIPPED GALVANIZED STEEL COILS DISCHARGING CONDITIONS:FREE OUT,CQD THE NAME,ADDRESS,TELEPHONE AND FAX NUMBERS OF THE ISSUER: LINER IN/FREE OUT WILHELMSEN MARITIME SERVICES PVT LTD., 6TH FL., MISTRY BHAVAN, DINSHA VACHHA ROAD,CHURCHGATE,MUMBAI-400 020,TEL:+91 22 66375500, FAX:+91 22 66375580 ACURATE NAME,ADDRESS AND TELEPHONE NUMBER OF THE CARRYING VESSEL'S AGENT AT THE PORT OF DESTINATION:T.Parker Host,Inc,4747 South Broad St. Building 101,Suite 231,Philadelphia,PA19112,Office:267-886-9916 Mobile:302-588-9485 www.tparkerhost.com PAOps@tparkerhost.com | SAID TO WEIGH TOTAL NET WEIGHT(MT) 196.250 MT TOTAL GROSS WEIGHT(MT) 198.320 MT | |

FREIGHT PREPAID

SHIPPED ON BOARD 19 DEC 2016 MUMBAI

ISSUED AT **For WILHELMSEN MARITIME SERVICES PVT. LTD.**
MUMBAI AS AGENT, SIGNED FOR AND ON BEHALF OF MASTER

AS AGENT FOR THE MASTER

MASTER NAME: Capt.Georgiev Stoycho Ganchev

NUMBER OF ORIGINAL B/L: THREE (3)

DATE: **1 9 DEC 2016**

BILL OF LADING

 oldendorff

FIRST ORIGINAL

B/L No.
OECWMUMPHI515821

Shipper/Exporter (2)
UTTAM GALVA STEELS LIMITED
UTTAM HOUSE, 69, P.D'MELLO ROAD,
MUMBAI 400 009, INDIA

Document No. (5)

Export References (6)
Carrier:
Nordic Elenia Ltd.
Monrovia, Liberia

Consignee (Not negotiable unless consigned to Order) (3)
TO THE ORDER OF 'UTTAM GALVA NORTH AMERICA
INC. 1500 BROADWAY, SUITE 1603 NEW YORK NY
10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572 E-MAIL:TAVNEET@UGNA.COM

Forwarding Agent References (7)

Point and Country of Origin (8)

Notify Party (Without liability to Carrier) (4)
UTTAM GALVA NORTH AMERICA INC.
1500 BROADWAY, SUITE 1603 NEW YORK
NY 10036 USA PHONE:+1.917.722.8177
FAX:+1.917.551.6572E-MAIL:TAVNEET@UGNA.COM

Domestic Routing/Export Instructions (9)

Pre-carriage by (10)*

Place of receipt by pre-carrier (11)*

Onward Inland Routing (for information only) (16)

Vessel (12)
AS ELENIA Voy.1605158

Port of loading (13)*
MUMBAI PORT, INDIA

Port of discharge (14)*
PHILADELPHIA, USA

Final destination - For information only - No liability to rest with Carrier - Cl. 5 D (15)*
PHILADELPHIA, USA

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SHIPPING MARKS:<br>UGNA/<br>PHILADELPHIA<br><br>S/BILL NO DATED<br>2540820 30/11/16 | TOTAL NO.<br>OF COILS-10<br>(TEN<br>COILS<br>ONLY) | SAID TO BE<br>PRIME HOT DIPPED GALVANIZED STEEL COILS<br><br>DISCHARGING CONDITIONS:FREE OUT,CQD<br>THE NAME,ADDRESS,TELEPHONE AND FAX NUMBERS OF THE ISSUER: LINER IN/FREE OUT<br>WILHELMSEN MARITIME SERVICES PVT LTD.,6TH FL.,MISTRY BHAVAN,<br>DINSHA VACHHA ROAD,CHURCHGATE,MUMBAI-400 020,TEL:+91 22 66375500,<br>FAX:+91 22 66375580<br>ACURATE NAME,ADDRESS AND TELEPHONE NUMBER OF THE CARRYING VESSEL'S<br>AGENT AT THE PORT OF DESTINATION:T.Parker Host,Inc,4747 South Broad St.<br>Building 101,Suite 231,Philadelphia,PA19112,Office:267-886-9916<br>Mobile:302-588-9485 www.tparkerhost.com PAOps@tparkerhost.com | SAID TO WEIGH<br>TOTAL NET WEIGHT(MT)<br>107.295 MT<br>TOTAL GROSS WEIGHT(MT)<br>107.935 MT | |

SHIPPER'S DECLARED VALUATION
(SEE CLAUSE 12)

FREIGHT PREPAID

SHIPPED ON BOARD
19 DEC 2016

ISSUED AT
For WILHELMSEN MARITIME SERVICES PVT. LTD.
MUMBAI AS AGENT, SIGNED FOR AND ON BEHALF OF MASTER
AS AGENT FOR THE MASTER

MASTER NAME:Capt.Georgiev Stoycho Ganchev
NUMBER OF ORIGINAL B L
THREE 3
DATE
19 DEC 2016