IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UTTAM GALVA NORTH AMERICA, INC., and | § | |
| UTTAM GALVA STEELS LIMITED | § | |
| | § | |
| vs. | § | C.A. NO. 4:17-cv-00372 |
| | § | ADMIRALTY |
| M/V AS ELENIA, *her tackle, apparel, furniture,* | § | |
| *equipment, etc., et al.,* | § | |

## CONSENT TO VESSEL RELEASE

As attorney of record for Plaintiff, proponent of the seizure of the *M/V AS ELENIA*, I represent that: (1) Plaintiff consents to the release of the vessel, (2) all counsel representing parties that have contacted Plaintiff consent to the release, and (3) the Court has not entered an order that would prevent the release of the vessel.

*//s// Jeffrey R. Bale*
Jeffrey R. Bale
Federal ID No. 3324
State Bar No. 01629800
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Telephone:   (281) 295-6000
Facsimile:    (281) 295-6010
Email: jbale@balelawfirm.com
*Attorney for Plaintiff,*
*Uttam Galva North America, Inc. and*
*Uttam Galva Steels Limted*

OF COUNSEL:
Lewis E. Henderson
THE BALE LAW FIRM, PLLC
State Bar No. 09424750
Fed. I.D. No. 15230
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Telephone:    (281) 295-6000
Facsimile:    (281) 295-6010
Email: lhenderson@balelawfirm.com
*Attorney for Plaintiff,*
*Uttam Galva North America, Inc. and*
*Uttam Galva Steels Limted.*