IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UTTAM GALVA NORTH AMERICA, INC., and UTTAM GALVA STEELS LIMITED,<br>    Plaintiffs,<br><br>v.<br><br>M/V AS ELENIA, *her tackle, apparel, furniture, equipment, etc., et al.*,<br><br>    Defendant. | § § § § § § § § § § § | C.A. No. 4:17-cv-00372<br>Admiralty 9(h) |

## STATEMENT OF RIGHT OR INTEREST

COMES NOW Claimant, Nordic Elenia Ltd. (hereinafter "Nordic"), for the interest of itself, as the Owner of the M/V AS ELENIA, her engines, tackle, etc. and real party in interest before this Honorable Court, and makes this claim to said Vessel under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and said Claimant avers that as of the time of the incident set forth in the Original Complaint, it was the true and bona fide Owner of the M/V AS ELENIA, her engines, tackle, etc., and wherefore prays to defend accordingly.

Respectfully submitted,

_____
William A. Durham
State Bar No. 06281800
Fed. ID No. 4172
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX  77002
(713) 225-0905 – Telephone
(713) 225-2907 – Fax
durham@easthamlaw.com - Email
*Attorneys for Claimant, Nordic Elenia Ltd.*

23017:  7PCLH2115.WAD

## **VERIFICATION**

STATE OF TEXAS         §
                       §   KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS       §

BEFORE ME, the undersigned authority, on this date personally came and appeared, William A. Durham, who being duly sworn, on his oath deposed and stated the following:

That he is a duly authorized attorney for the Claimant, Nordic Elenia Ltd., as the owner of the M/V AS ELENIA at all times relevant to this matter.

That he has read the foregoing Statement of Right or Interest filed on this same date and knows the contents thereof, the same are true and correct to the best of his knowledge, information and belief, and the source of his knowledge and the grounds of his belief are from documents in his possession.

The reason this Verification is made by him and not by Claimant is that Claimant's principals are not currently within this District.

_____
William A. Durham

SWORN TO AND SUBSCRIBED BEFORE ME on this the 10th day of February, 2017.

_____
Notary Public in and for the State of Texas

CAROL HENDRICKS
Notary Public
STATE OF TEXAS
My Comm Exp. Mar. 31, 2018

3.

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I filed a true and correct copy of the foregoing instrument via the Court's CM/ECF System which will forward a copy of the same to all counsel of record on this the 10 day of February, 2017.

_____
William A. Durham