IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UTTAM GALVA NORTH AMERICA, INC., and UTTAM GALVA STEELS LIMITED,<br>　　　Plaintiffs,<br><br>v.<br><br>M/V AS ELENIA, *her tackle, apparel, furniture, equipment, etc., et al.*,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 4:17-cv-00372<br>Admiralty 9(h) |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

COME NOW Plaintiffs, Uttam Galva North America, Inc. and Uttam Galva Steels Limited, (hereinafter "Plaintiff" and/or "Uttam"), through the undersigned, and respectfully asserts, requests and prays as follows:

1. In accordance with Rule 41(a) of the Federal Rules of Civil Procedures the Plaintiffs move to dismiss this action as an amicable resolution has been reached.

2. Therefore, this action should be dismissed, with prejudice, and without any special imposition of costs or attorney fees.

WHEREFORE, Plaintiffs respectfully request that this action be dismissed with prejudice and without any special imposition of costs or attorney fees.

                                                Respectfully submitted,

                                                *//s// Jeffrey R. Bale*
                                                Jeffrey R. Bale
                                                Federal ID No. 3324
                                                State Bar No. 01629800
                                                Kensington I, Suite 200
                                                1600 Highway 6 South
                                                Sugar Land, Texas 77478
                                                Telephone: (281) 295-6000
                                                Facsimile: (281) 295-6010
                                                Email: jbale@balelawfirm.com
                                                *Attorney for Plaintiff,*
                                                *Uttam Galva North America, Inc. and*
                                                *Uttam Galva Steels Limted*

OF COUNSEL:
Lewis E. Henderson
THE BALE LAW FIRM, PLLC
State Bar No. 09424750
Fed. I.D. No. 15230
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Telephone: (281) 295-6000
Facsimile: (281) 295-6010
Email: lhenderson@balelawfirm.com
*Attorney for Plaintiff,*
*Uttam Galva North America, Inc. and*
*Uttam Galva Steels Limted*

## CERTIFICATE OF SERVICE

  I hereby certify that on the **17th** day of **April**, **2017**, I served a true and correct copy of the foregoing via the CM/ECF Filing System to all counsel of record.

**Via the ECF Filing System**
Mr. William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas 77002
*Attorneys for Defendant,*
*Nordic Elenia Ltd.*

             *//s// Jeffrey R. Bale*
             Jeffrey R. Bale